STATE OF NEW JERSEY v. LUIS ALBERTO ORTIZ.

February 22, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN MAX.

February 22, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. TINA BENTLEY.

February 22, 1983.

Petition for certification denied.

JOSEPH CARUSO v. SUMMIT CURBS AND SIDEWALKS, INC.

February 22, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY KELLY.

February 22, 1983.

Petition for certification denied.